# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MEGAN DIGGS, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No. 1:21-cv-04718-VMC |
| v. | |
| INTERNATIONAL FOLLIES, INC. d/b/a THE CHEETAH LOUNGE/ALLUVIA RESTAURANT and JACK BRAGLIA | |
| Defendants. | |

## ORDER

This matter is before the Court on the Parties' Stipulation of Dismissal with Prejudice. (Doc. 62). Because this is a FLSA Action, the Court held a telephone conference with the Parties on February 2, 2023 to ensure this case had not been settled without the Court's prior approval. Counsel for the Parties confirmed that they had not independently settled this case. Accordingly, this case is **DISMISSED WITH PREJUDICE**, and with no award of attorney's fees, costs and/or disbursements to either party. The Clerk is directed to close this case.

**SO ORDERED** this 3rd day of February, 2023.

_____
Victoria Marie Calvert
United States District Judge